IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT, IN AND FOR
DESOTO COUNTY, FLORIDA

GENERAL    JURISDICTION    DIVISION
CASE NO.:

PLEASANT    HILL    CHRISTIAN    CHURCH
MINISTRIES, INC.,

    *Plaintiff*,

vs.

OHIO SECURITY INSURANCE COMPANY,

    *Defendant*,

    /

## **COMPLAINT**

    Plaintiff, PLEASANT HILL CHRISTIAN CHURCH MINISTRIES, INC., by and
through the undersigned counsel sues the Defendant, OHIO SECURITY INSURANCE
COMPANY, and alleges:

## **JURISDICTIONAL ALLEGATIONS**

1.    This is an action for damages for greater than $50,000.00, exclusive of interest, costs, and
attorney's fees.

2.    At all times material hereto, Plaintiff was and is a resident of DESOTO County, Florida,
and is otherwise sui juris.

3.    At all material times hereto, Plaintiff owned the property insured by Defendant located at
319 S Lee Ave., Arcadia, Florida 34266 (the "Property").

4.    The policy of insurance sued upon was issued by Defendant to Plaintiff in DESOTO
County, Florida.

5.    Jurisdiction and venue are proper in DESOTO County, Florida.

6.      In consideration for the premiums paid to it, prior to August 14, 2021, Defendant issued an insurance policy number, BKS574211926, to Plaintiff for Plaintiff's property located at 319 S Lee Ave., Arcadia, Florida 34266 in DESOTO County, Florida (the "Policy").    A true and correct copy of the Policy is not in the possession of Plaintiff, but is in the care, custody, and control of Defendant.  The Policy will be produced during discovery and will be filed by Plaintiff after receipt from the Defendant.

7.      The Policy issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

8.      At all times material hereto, including on August 14, 2021, the date of loss, the Policy was in full force and effect.

9.      All conditions precedent to obtaining payment of insurance benefits under the Policy have been complied with, met, or waived.

10.     At all times material hereto, Defendant was not immune from liability for breach of contract pertaining to insurance coverage.

## COUNT I – BREACH OF CONTRACT

11.     Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 10 above.

12.     This is a cause of action for breach of contract arising out of an insurance Policy that was in effect at the time of the loss to the insured Property.

13.     On or about August 14, 2021, Plaintiff's property was damaged by a fallen object, a covered loss (the "Loss").

14.     The August 14, 2021, Loss caused Plaintiff to suffer economic damage to their property, including physical loss to dwelling and contents and Plaintiff to suffer such damages. *See Estimate of Damage, attached as Exhibit "A."*

15.    Plaintiff gave timely notice of the Loss and resulting damage to Defendant and/or its authorized agents, employees, or representatives.

16.    Defendant responded to the Loss by assigning claim number 23944229 (the "Claim").

17.    Defendant was afforded the opportunity to fully inspect the Loss, investigate the cause of the Loss, and quantify the amount of the Loss.

18.    Defendant did inspect the Loss and Property in its investigation of the Claim.

19.    Defendant afforded coverage for the Claim.

20.    Defendant determined that $6,655.15 was owed in policy benefits on the Claim, which is below the Policy's deductible (the "Under-Deductible Coverage Determination").

21.    Defendant's Under-Deductible Coverage Determination of the Loss is an admission that the August 14, 2021 Loss is a covered loss under the Policy.

22.    Through its determination that there were damages on the Claim, Defendant admitted liability for the Loss.

23.    The amount of damages determined by Defendant is inadequate to perform the repairs needed to fix all damages caused by the Loss and to restore Plaintiff's Property to its pre-Loss condition.

24.    Defendant breached the Policy by failing to pay the full amount of damages sustained by Plaintiff.

25.    Defendant continues to refuse to pay the full amount of Plaintiff's covered Loss, despite Plaintiff's demands for full payment.

26.    Plaintiff has been damaged as a result of Defendant's breach in the form of insurance benefits due and owing, plus interest, costs, and attorney's fees.

27.    Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee.

28.    Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to Fla. Stat. Section 627.428, or in the alternative Fla. Stat. Section 626.9373, or any other applicable attorney's fees statute.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages together with interest, costs, and attorney's fees, and for such further relief this court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff herein demands a trial by jury of all issues so triable.

THIS COMPLAINT IS DATED AND SIGNED on December 13, 2023 ,and was filed by:

INSURANCE LITIGATION GROUP, P.A.
*Attorney for Plaintiff*
1500 N.E. 162nd Street
Miami, Florida 33162
Telephone:  (786) 529-0090
Facsimile:   (866) 239-9520
E-Mail: service@ILGPA.COM

By:    /s/ Gregorie Dolce
    GREGORIE DOLCE, ESQ.
    FL Bar No. 78139
     YISROEL SILVERMAN, ESQ.
    FL Bar No. 1011445

ILG File #: 31999
Claim #: 23944229
Case #:

# Exhibit A

## Interstate Public Adjusters

Insured: Plensant Hill Church
Property: 319 S Lee Ave
Arcadia , FL 34266-3627

Claim Rep.: Interstate Public Adjusters                    Business: (305) 766-6183
Business: 1558 NE 162 st
North Miami Beach , FL 33162

Estimator: Interstate Public Adjusters                    Business: (305) 766-6183
Business: 1558 NE 162 st
North Miami Beach , FL 33162

**Claim Number:** 23944229          **Policy Number:** BKS 574211926          **Type of Loss:** Falling object

Date of Loss: 8/14/2021 12:00 AM          Date Received:
Date Inspected:                    Date Entered: 1/12/2023 8:17 AM

Price List: FLFM8X_JAN23
Restoration/Service/Remodel
Estimate: INTER_PLESANT_HILL-2

## Interstate Public Adjusters

This estimate has been prepared to the best of our knowledge with the understanding that there is a possibility of errors and/or omissions.  Interstate Public Adjusters reserves the right to amend this estimate as needed for marker and/or unit-cost change. This estimate is designed to provide comparative pricing information for restoration, service, and remodel of subject property in accordance with all the standards for compliance set forth by the Florida Building Code. Any additional findings including, but not limited to, hidden damages not seen at the time of this estimate, will be amended and processed by Change Order Format. No warranties on prices, cost, errors, omissions, and/or liability can be assumed by Interstate Public Adjusters.

**This is a repair estimate only. The insurance company policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee of payment.**

**The following estimate has been prepared based on representation made by the insured. The work outlined in the following pages will be performed in accordance with all the standards set forth by the Florida Building Code. Any additional credits or work required by the client will be processed in the form of a change order.**

**Florida Statute 626.954 (1)**

**"Unfair Insurance Trade Practice Act"**

**Specifically addresses the matter of unfair claim settlement practices**

**1. Not attempting in good faith to settle claims when, under all the circumstances, it could and should of done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.**

**Pursuant to s.817.234, Florida Statues, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains false, incomplete, or misleading information concerning any fact or thing material the claim commits a felony of the third degree, punishable as provided in s.775.082, s.775.803, or s.775.084, Florida Statues.**

**Interstate Public Adjusters**

---

**INTER_PLESANT_HILL-2**
**Roof**



**Left Roof**

| | | |
|---|---|---|
| 3,042.46 Surface Area | | 30.42 Number of Squares |
| 236.77 Total Perimeter Length | | 94.86 Total Ridge Length |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Remove Laminated - Premium grd - impact resist shingle - w/ felt | 30.42 SQ | | 85.22 | 0.00 | 0.00 | 518.48 | 3,110.87 |
| 2. Laminated - Premium grd - impact resist shingle - w/ felt | 35.00 SQ | | 0.00 | 506.28 | 627.19 | 3,669.40 | 22,016.39 |
| 3. R&R Sheathing - plywood - 5/8" - treated | 3,042.46 SF | | 0.87 | 4.37 | 476.91 | 3,283.88 | 19,703.28 |
| 4. R&R Valley metal | 55.76 LF | | 0.91 | 8.26 | 10.58 | 104.38 | 626.28 |
| 5. Asphalt starter - laminated double layer starter | 284.13 LF | | 0.00 | 6.20 | 43.26 | 360.98 | 2,165.85 |
| 6. Ice & water barrier | 473.54 SF | | 0.00 | 2.28 | 15.98 | 219.14 | 1,314.79 |
| 7. R&R Hip / Ridge cap - composition shingles | 113.83 LF | | 4.41 | 6.37 | 12.21 | 247.86 | 1,487.16 |
| 8. R&R Ridge cap - venting ridge cap shingles | 113.83 LF | | 1.30 | 14.20 | 39.70 | 360.82 | 2,164.89 |
| 9. Roof vent - Detach & reset | 3.00 EA | | 0.00 | 131.13 | 0.19 | 78.72 | 472.30 |
| 10. R&R Flashing - pipe jack | 3.00 EA | | 10.92 | 68.84 | 3.90 | 48.64 | 291.82 |
| 11. R&R Drip edge | 284.13 LF | | 0.51 | 3.82 | 26.64 | 251.38 | 1,508.31 |
| 12. R&R Soffit - wood | 284.13 SF | | 0.47 | 6.46 | 49.23 | 403.64 | 2,421.89 |
| 13. R&R Soffit vent | 10.00 EA | | 14.07 | 43.27 | 3.32 | 115.34 | 692.06 |
| 14. R&R Gutter / downspout - aluminum - 6" | 284.13 LF | | 0.78 | 11.72 | 174.53 | 745.22 | 4,471.37 |
| 15. Prime & paint exterior fascia - wood, 4"- 6" wide | 284.13 LF | | 0.00 | 2.01 | 3.84 | 114.98 | 689.92 |
| 16. Prime & paint gutter / downspout | 284.13 LF | | 0.00 | 1.95 | 6.18 | 112.06 | 672.29 |
| 17. Clean gutter/downspout | 284.13 LF | | 0.00 | 0.76 | 0.21 | 43.22 | 259.37 |
| 18. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 3,498.83 SF | | 0.12 | 1.44 | 78.72 | 1,107.38 | 6,644.28 |
| 19. Two ladders with jacks and plank (per day) | 10.00 DA | | 0.00 | 116.63 | 0.00 | 233.26 | 1,399.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Left Roof | | | | | 1,572.59 | 12,018.78 | 72,112.68 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: Roof | | | | | **1,572.59** | **12,018.78** | **72,112.68** |

**Interstate Public Adjusters**

**Main Level**

**Main Level**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 20. Seal & paint stucco | 3,416.29 SF | | 0.00 | 1.69 | 79.43 | 1,170.58 | 7,023.54 |
| 21. Stucco patch / small repair - ready for color | 1.00 EA | | 0.00 | 210.29 | 1.65 | 42.40 | 254.34 |
| 22. Seal & paint wood siding | 854.07 SF | | 0.00 | 2.18 | 34.59 | 379.30 | 2,275.76 |
| 23. R&R Siding - board & batten - cedar | 854.07 SF | | 0.67 | 8.13 | 371.52 | 1,577.46 | 9,464.80 |
| 24. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | | 1,211.00 | 0.00 | 0.00 | 242.20 | 1,453.20 |
| 25. R&R Sheathing - plywood - 3/4" CDX | 300.00 SF | | 1.03 | 3.07 | 38.93 | 253.78 | 1,522.71 |
| For the underside of the dumpster to protect driveway | | | | | | | |
| 26. Job-site cargo container - pick up/del. (each way) 16'-40' | 2.00 EA | | 0.00 | 99.40 | 14.91 | 42.74 | 256.45 |
| 27. Job-site cargo/storage container - 20' long - per month | 3.00 MO | | 0.00 | 87.83 | 19.76 | 56.66 | 339.91 |
| 28. Dust control barrier - tension post - per day | 30.00 DA | | 3.30 | 0.00 | 0.00 | 19.80 | 118.80 |
| 29. On-Site Evaluation and/or Supervisor/Admin - per hour | 60.00 HR | | 0.00 | 67.78 | 97.61 | 813.36 | 4,977.77 |
| 30. Residential Supervision / Project Management - per hour | 60.00 HR | | 0.00 | 74.82 | 0.00 | 897.84 | 5,387.04 |
| 31. Temporary toilet (per month) | 2.00 MO | | 0.00 | 119.00 | 0.00 | 47.60 | 285.60 |
| 32. Clean ductwork - Interior (PER REGISTER) | 16.00 EA | | 0.00 | 36.42 | 0.11 | 116.56 | 699.39 |
| 33. Clean register - heat / AC | 16.00 EA | | 0.00 | 6.89 | 0.02 | 22.04 | 132.30 |
| 34. HVAC Technician - per hour | 4.00 HR | | 0.00 | 125.00 | 0.00 | 100.00 | 600.00 |
| 35. R&R Tarp - poly - w/sandbags - per sq ft (lab & mat) | 2,102.00 SF | | 0.20 | 2.44 | 80.40 | 1,125.94 | 6,755.62 |
| This is to ensure that nails and small debris are contained and collected to maintain the well being of all (OSHA 1910.36) & 1926.25) | | | | | | | |
| 36. Carpenter - Mechanic - per hour | 4.00 HR | | 0.00 | 80.75 | 0.00 | 64.60 | 387.60 |
| (OSHA 1926.20(B)) & 1910.132 | | | | | | | |
| 37. Barricade and warning device - setup and takedown | 4.00 HR | | 0.00 | 69.45 | 0.00 | 55.56 | 333.36 |
| 2 men for 30 min a day to ensure the permitter has a buffer zone from falling hazards and to barricade the dumpster impeding the sidewalk (OSHA 1926.200) | | | | | | | |
| 38. Fall protection harness and lanyard - per day | 6.00 DA | | 0.00 | 8.00 | 0.00 | 9.60 | 57.60 |
| All personal is required to be 100 % tied off  when working 6ft or higher (OSHA 1926-954) | | | | | | | |
| Total: Main Level | | | | | 738.93 | 7,038.02 | 42,325.79 |

## Interstate Public Adjusters



**Entry Hall**                                                                          **Height: 8'**

| | | | |
|---|---|---|---|
| 1,080.00 SF Walls | | 444.50 SF Ceiling | |
| 1,524.50 SF Walls & Ceiling | | 444.50 SF Floor | |
| 49.39 SY Flooring | | 135.00 LF Floor Perimeter | |
| 135.00 LF Ceil. Perimeter | | | |

**Missing Wall**                    **4' X 8'**                    **Opens into BACK_HALLWAY**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 39. Suspended ceiling grid - Detach & reset | 444.50 SF | | 0.00 | 2.30 | 0.00 | 204.48 | 1,226.83 |
| 40. R&R Acoustic ceiling tile - Premium grade | 444.50 SF | | 0.93 | 5.86 | 94.68 | 622.58 | 3,735.42 |
| 41. Detach & Reset Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 12.00 EA | 92.34 | 0.00 | 0.00 | 0.00 | 221.62 | 1,329.70 |
| 42. R&R Carpet - Premium grade | 511.18 SF | | 0.42 | 7.73 | 257.63 | 884.74 | 5,308.49 |
| 43. R&R Carpet pad - Premium grade | 444.50 SF | | 0.18 | 1.20 | 35.34 | 129.74 | 778.49 |
| 44. R&R Carpet - metal transition strip | 8.00 LF | | 1.17 | 3.09 | 0.80 | 6.98 | 41.86 |
| 45. Mask and prep for paint - plastic, paper, tape (per LF) | 135.00 LF | | 0.00 | 1.62 | 2.73 | 44.28 | 265.71 |
| 46. Scrape the walls & prep for paint | 1,080.00 SF | | 0.00 | 0.77 | 0.81 | 166.48 | 998.89 |
| 47. Texture drywall - machine - knockdown | 1,080.00 SF | | 0.00 | 1.12 | 4.05 | 242.74 | 1,456.39 |
| 48. Seal/prime then paint the walls twice (3 coats) | 1,080.00 SF | | 0.00 | 1.59 | 29.97 | 349.44 | 2,096.61 |
| 49. R&R Baseboard - 6" | 135.00 LF | | 0.78 | 6.53 | 35.64 | 204.50 | 1,226.99 |
| 50. Seal & paint baseboard - three coats | 135.00 LF | | 0.00 | 2.58 | 2.03 | 70.06 | 420.39 |
| 51. Interior door - Detach & reset - slab only | 10.00 EA | | 0.00 | 29.24 | 0.00 | 58.48 | 350.88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Entry Hall | | | | | 463.68 | 3,206.12 | 19,236.65 |



**Back Hallway**                                                                          **Height: 8'**

| | | | |
|---|---|---|---|
| 146.67 SF Walls | | 28.67 SF Ceiling | |
| 175.33 SF Walls & Ceiling | | 28.67 SF Floor | |
| 3.19 SY Flooring | | 18.33 LF Floor Perimeter | |
| 18.33 LF Ceil. Perimeter | | | |

**Missing Wall**                    **4' X 8'**                    **Opens into ENTRY_HALL**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

**Interstate Public Adjusters**

---

**CONTINUED - Back Hallway**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 52.  Suspended ceiling grid - Detach & reset | 28.67 SF | | 0.00 | 2.30 | 0.00 | 13.18 | 79.12 |
| 53.  R&R Acoustic ceiling tile - Premium grade | 28.67 SF | | 0.93 | 5.86 | 6.11 | 40.16 | 240.94 |
| 54.  Detach & Reset Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 1.00 EA | 92.34 | 0.00 | 0.00 | 0.00 | 18.46 | 110.80 |
| 55.  Seal/prime then paint the walls twice (3 coats) | 146.67 SF | | 0.00 | 1.59 | 4.07 | 47.46 | 284.74 |
| 56.  Mask and prep for paint - plastic, paper, tape (per LF) | 18.33 LF | | 0.00 | 1.62 | 0.37 | 6.02 | 36.08 |
| 57.  Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 61.60 | 0.00 | 12.32 | 73.92 |
| 58.  R&R Baseboard - 6" | 18.33 LF | | 0.78 | 6.53 | 4.84 | 27.76 | 166.59 |
| 59.  Seal & paint baseboard - three coats | 18.33 LF | | 0.00 | 2.58 | 0.28 | 9.52 | 57.09 |

| Totals:  Back Hallway | | | | | 15.67 | 174.88 | 1,049.28 |
|---|---|---|---|---|---|---|---|

---

**Prayer Room**                                                                                          **Height: 8'**



| 674.67 | SF Walls | 342.83 | SF Ceiling |
|---|---|---|---|
| 1,017.50 | SF Walls & Ceiling | 342.83 | SF Floor |
| 38.09 | SY Flooring | 84.33 | LF Floor Perimeter |
| 84.33 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 60.  Suspended ceiling grid - Detach & reset | 342.83 SF | | 0.00 | 2.30 | 0.00 | 157.70 | 946.21 |
| 61.  R&R Acoustic ceiling tile - Premium grade | 342.83 SF | | 0.93 | 5.86 | 73.02 | 480.16 | 2,880.99 |
| 62.  Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | | 0.00 | 91.95 | 0.00 | 36.78 | 220.68 |
| 63.  Light fixture - Detach & reset | 1.00 EA | | 0.00 | 63.61 | 0.00 | 12.72 | 76.33 |
| 64.  R&R Cove base molding - rubber or vinyl, 4" high | 84.33 LF | | 0.47 | 2.34 | 8.22 | 49.02 | 294.21 |
| 65.  R&R Carpet - Premium grade | 394.26 SF | | 0.42 | 7.73 | 198.71 | 682.38 | 4,094.31 |
| 66.  R&R Carpet pad - Premium grade | 342.83 SF | | 0.18 | 1.20 | 27.26 | 100.08 | 600.45 |
| 67.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 0.00 | 46.24 | 277.39 |
| 68.  Final cleaning - construction - Residential | 342.83 SF | | 0.00 | 0.33 | 0.00 | 22.62 | 135.75 |

| Totals:  Prayer Room | | | | | 307.21 | 1,587.70 | 9,526.32 |
|---|---|---|---|---|---|---|---|

---

**Interstate Public Adjusters**



### Multipurpose Room
**Height: 8'**

| | |
|---|---|
| 1,149.33 SF Walls | 1,267.44 SF Ceiling |
| 2,416.78 SF Walls & Ceiling | 1,267.44 SF Floor |
| 140.83 SY Flooring | 143.67 LF Floor Perimeter |
| 143.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 69.  Suspended ceiling grid - Detach & reset | 1,267.44 SF | | 0.00 | 2.30 | 0.00 | 583.02 | 3,498.13 |
| 70.  R&R Acoustic ceiling tile - Premium grade | 1,267.44 SF | | 0.93 | 5.86 | 269.96 | 1,775.18 | 10,651.06 |
| 71.  R&R Carpet - Premium grade | 1,457.56 SF | | 0.42 | 7.73 | 734.61 | 2,522.74 | 15,136.47 |
| 72.  R&R Carpet pad - Premium grade | 1,267.44 SF | | 0.18 | 1.20 | 100.76 | 369.96 | 2,219.79 |
| 73.  R&R Cove base molding - rubber or vinyl, 4" high | 143.67 LF | | 0.47 | 2.34 | 14.01 | 83.54 | 501.26 |
| 74.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 0.00 | 46.24 | 277.39 |
| 75.  Final cleaning - construction - Residential | 1,267.44 SF | | 0.00 | 0.33 | 0.00 | 83.66 | 501.92 |
| 76.  Fluorescent light fixture - 2' & 4' - Detach & reset | 6.00 EA | | 0.00 | 91.95 | 0.00 | 110.34 | 662.04 |
| 77.  Heat/AC register - Mechanically attached - Detach & reset | 4.00 EA | | 0.00 | 18.79 | 0.00 | 15.04 | 90.20 |

| | | | | |
|---|---|---|---|---|
| Totals:  Multipurpose Room | | 1,119.34 | 5,589.72 | 33,538.26 |



### Bathroom Womens
**Height: 8'**

| | |
|---|---|
| 282.67 SF Walls | 60.67 SF Ceiling |
| 343.33 SF Walls & Ceiling | 60.67 SF Floor |
| 6.74 SY Flooring | 35.33 LF Floor Perimeter |
| 35.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 78.  Suspended ceiling grid - Detach & reset | 60.67 SF | | 0.00 | 2.30 | 0.00 | 27.90 | 167.44 |
| 79.  R&R Acoustic ceiling tile - Premium grade | 60.67 SF | | 0.93 | 5.86 | 12.92 | 84.96 | 509.83 |
| 80.  Light fixture - Detach & reset | 1.00 EA | | 0.00 | 63.61 | 0.00 | 12.72 | 76.33 |
| 81.  Final cleaning - construction - Residential | 60.67 SF | | 0.00 | 0.33 | 0.00 | 4.00 | 24.02 |

| | | | | |
|---|---|---|---|---|
| Totals:  Bathroom Womens | | 12.92 | 129.58 | 777.62 |

**Interstate Public Adjusters**



**Bathroom Mens**                                                                 **Height: 8'**

| | | |
|---|---|---|
| 290.67 SF Walls | 63.00 SF Ceiling |
| 353.67 SF Walls & Ceiling | 63.00 SF Floor |
| 7.00 SY Flooring | 36.33 LF Floor Perimeter |
| 36.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 82. Suspended ceiling grid - Detach & reset | 63.00 SF | | 0.00 | 2.30 | 0.00 | 28.98 | 173.88 |
| 83. R&R Acoustic ceiling tile - Premium grade | 63.00 SF | | 0.93 | 5.86 | 13.42 | 88.24 | 529.43 |
| 84. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 63.61 | 0.00 | 12.72 | 76.33 |
| 85. Final cleaning - construction - Residential | 63.00 SF | | 0.00 | 0.33 | 0.00 | 4.16 | 24.95 |
| Totals: Bathroom Mens | | | | | 13.42 | 134.10 | 804.59 |



**Kitchen**                                                                 **Height: 8'**

| | |
|---|---|
| 438.67 SF Walls | 185.00 SF Ceiling |
| 623.67 SF Walls & Ceiling | 185.00 SF Floor |
| 20.56 SY Flooring | 54.83 LF Floor Perimeter |
| 54.83 LF Ceil. Perimeter | |

**Subroom: Kitchen (1)**                                                                 **Height: 8'**

| | |
|---|---|
| 438.67 SF Walls | 185.00 SF Ceiling |
| 623.67 SF Walls & Ceiling | 185.00 SF Floor |
| 20.56 SY Flooring | 54.83 LF Floor Perimeter |
| 54.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 86. Suspended ceiling grid - Detach & reset | 370.00 SF | | 0.00 | 2.30 | 0.00 | 170.20 | 1,021.20 |
| 87. R&R Acoustic ceiling tile - Premium grade | 370.00 SF | | 0.93 | 5.86 | 78.81 | 518.22 | 3,109.33 |
| 88. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 63.61 | 0.00 | 12.72 | 76.33 |
| 89. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 0.00 | 3.76 | 22.55 |
| 90. Contents - move out then reset | 1.00 EA | | 0.00 | 77.45 | 0.00 | 15.50 | 92.95 |

## Interstate Public Adjusters

### CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 91. Final cleaning - construction - Residential | 370.00 SF | | 0.00 | 0.33 | 0.00 | 24.42 | 146.52 |
| Totals: Kitchen | | | | | 78.81 | 744.82 | 4,468.88 |



**Distribution Center**                                                                    **Height: 8'**

| | | |
|---|---|---|
| 240.00 SF Walls | | 54.00 SF Ceiling |
| 294.00 SF Walls & Ceiling | | 54.00 SF Floor |
| 6.00 SY Flooring | | 30.00 LF Floor Perimeter |
| 30.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 92. Suspended ceiling grid - Detach & reset | 54.00 SF | | 0.00 | 2.30 | 0.00 | 24.84 | 149.04 |
| 93. R&R Acoustic ceiling tile - Premium grade | 54.00 SF | | 0.93 | 5.86 | 11.50 | 75.62 | 453.78 |
| 94. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 63.61 | 0.00 | 12.72 | 76.33 |
| 95. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 0.00 | 3.76 | 22.55 |
| 96. Contents - move out then reset | 1.00 EA | | 0.00 | 77.45 | 0.00 | 15.50 | 92.95 |
| 97. Final cleaning - construction - Residential | 54.00 SF | | 0.00 | 0.33 | 0.00 | 3.56 | 21.38 |
| Totals: Distribution Center | | | | | 11.50 | 136.00 | 816.03 |
| Total: Main Level | | | | | **2,761.48** | **18,740.94** | **112,543.42** |

### Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 98. Stucco or exterior plaster labor minimum | 1.00 EA | | 0.00 | 94.98 | 0.00 | 19.00 | 113.98 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 19.00 | 113.98 |
| **Line Item Totals: INTER_PLESANT_HILL-2** | | | | | **4,334.07** | **30,778.72** | **184,770.08** |

**Interstate Public Adjusters**

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,690.84 | SF Walls | 5,381.02 | SF Ceiling | 13,071.86 | SF Walls and Ceiling |
| 5,240.72 | SF Floor | 582.30 | SY Flooring | 896.52 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 901.30 | LF Ceil. Perimeter |
| | | | | | |
| 5,240.72 | Floor Area | 5,449.85 | Total Area | 7,690.84 | Interior Wall Area |
| 3,778.43 | Exterior Wall Area | 350.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 3,042.46 | Surface Area | 30.42 | Number of Squares | 236.77 | Total Perimeter Length |
| 94.86 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 179,792.31 | 97.31% | 179,792.31 | 97.31% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,977.77 | 2.69% | 4,977.77 | 2.69% |
| Total | 184,770.08 | 100.00% | 184,770.08 | 100.00% |

**Interstate Public Adjusters**

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 145,590.49 |
| Material Sales Tax | 4,201.79 |
| Storage Rental Tax | 34.67 |
| | |
| Subtotal | 149,826.95 |
| Overhead | 14,982.68 |
| Profit | 14,982.68 |
| | |
| **Replacement Cost Value** | **$179,792.31** |
| Less Deductible | (29,517.15) |
| | |
| **Net Claim** | **$150,275.16** |

Interstate Public Adjusters

**Interstate Public Adjusters**

---

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,066.80 |
| Overhead | 406.68 |
| Profit | 406.68 |
| Laundering Tax | 97.61 |
| **Replacement Cost Value** | **$4,977.77** |
| **Net Claim** | **$4,977.77** |

_____

Interstate Public Adjusters

**Interstate Public Adjusters**

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7.5%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 15,389.36 | 15,389.36 | 4,201.79 | 97.61 | 0.00 | 34.67 |
| **Total** | | | | | | |
| | **15,389.36** | **15,389.36** | **4,201.79** | **97.61** | **0.00** | **34.67** |

**Interstate Public Adjusters**

---

## Recap by Room

**Estimate: INTER_PLESANT_HILL-2**

**Area: Roof**

| | | | |
|---|---|---|---|
| **Left Roof** | | **58,521.31** | **39.10%** |
| Coverage: Dwelling | 100.00% = | 58,521.31 | |
| | | | |
| **Area Subtotal:  Roof** | | **58,521.31** | **39.10%** |
| Coverage: Dwelling | 100.00% = | 58,521.31 | |

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | **34,548.84** | **23.09%** |
| Coverage: Dwelling | 88.23% = | 30,482.04 | |
| Coverage: Contents | 11.77% = | 4,066.80 | |
| **Entry Hall** | | **15,566.85** | **10.40%** |
| Coverage: Dwelling | 100.00% = | 15,566.85 | |
| **Back Hallway** | | **858.73** | **0.57%** |
| Coverage: Dwelling | 100.00% = | 858.73 | |
| **Prayer Room** | | **7,631.41** | **5.10%** |
| Coverage: Dwelling | 100.00% = | 7,631.41 | |
| **Multipurpose Room** | | **26,829.20** | **17.93%** |
| Coverage: Dwelling | 100.00% = | 26,829.20 | |
| **Bathroom Womens** | | **635.12** | **0.42%** |
| Coverage: Dwelling | 100.00% = | 635.12 | |
| **Bathroom Mens** | | **657.07** | **0.44%** |
| Coverage: Dwelling | 100.00% = | 657.07 | |
| **Kitchen** | | **3,645.25** | **2.44%** |
| Coverage: Dwelling | 100.00% = | 3,645.25 | |
| **Distribution Center** | | **668.53** | **0.45%** |
| Coverage: Dwelling | 100.00% = | 668.53 | |
| | | | |
| **Area Subtotal:  Main Level** | | **91,041.00** | **60.83%** |
| Coverage: Dwelling | 95.53% = | 86,974.20 | |
| Coverage: Contents | 4.47% = | 4,066.80 | |
| **Labor Minimums Applied** | | **94.98** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 94.98 | |

| | | | |
|---|---|---|---|
| **Subtotal of Areas** | | **149,657.29** | **100.00%** |
| Coverage: Dwelling | 97.28% = | 145,590.49 | |
| Coverage: Contents | 2.72% = | 4,066.80 | |

| | | | |
|---|---|---|---|
| **Total** | | **149,657.29** | **100.00%** |

**Interstate Public Adjusters**

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **ACOUSTICAL TREATMENTS** | | | **21,469.86** | **11.62%** |
| Coverage: Dwelling | @ | 100.00% = | 21,469.86 | |
| **CONT: GARMENT & SOFT GOODS CLN** | | | **4,066.80** | **2.20%** |
| Coverage: Contents | @ | 100.00% = | 4,066.80 | |
| **CLEANING** | | | **1,621.02** | **0.88%** |
| Coverage: Dwelling | @ | 100.00% = | 1,621.02 | |
| **CONTENT MANIPULATION** | | | **1,079.49** | **0.58%** |
| Coverage: Dwelling | @ | 100.00% = | 1,079.49 | |
| **GENERAL DEMOLITION** | | | **13,690.44** | **7.41%** |
| Coverage: Dwelling | @ | 100.00% = | 13,690.44 | |
| **DOORS** | | | **292.40** | **0.16%** |
| Coverage: Dwelling | @ | 100.00% = | 292.40 | |
| **DRYWALL** | | | **1,209.60** | **0.65%** |
| Coverage: Dwelling | @ | 100.00% = | 1,209.60 | |
| **ELECTRICAL** | | | **61.60** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% = | 61.60 | |
| **FLOOR COVERING - CARPET** | | | **20,756.44** | **11.23%** |
| Coverage: Dwelling | @ | 100.00% = | 20,756.44 | |
| **FLOOR COVERING - VINYL** | | | **533.52** | **0.29%** |
| Coverage: Dwelling | @ | 100.00% = | 533.52 | |
| **FINISH CARPENTRY / TRIMWORK** | | | **1,001.24** | **0.54%** |
| Coverage: Dwelling | @ | 100.00% = | 1,001.24 | |
| **FRAMING & ROUGH CARPENTRY** | | | **921.00** | **0.50%** |
| Coverage: Dwelling | @ | 100.00% = | 921.00 | |
| **HEAT, VENT & AIR CONDITIONING** | | | **612.74** | **0.33%** |
| Coverage: Dwelling | @ | 100.00% = | 612.74 | |
| **LABOR ONLY** | | | **4,812.20** | **2.60%** |
| Coverage: Dwelling | @ | 100.00% = | 4,812.20 | |
| **LIGHT FIXTURES** | | | **2,254.07** | **1.22%** |
| Coverage: Dwelling | @ | 100.00% = | 2,254.07 | |
| **PAINTING** | | | **12,186.54** | **6.60%** |
| Coverage: Dwelling | @ | 100.00% = | 12,186.54 | |
| **ROOFING** | | | **38,343.99** | **20.75%** |
| Coverage: Dwelling | @ | 100.00% = | 38,343.99 | |
| **SCAFFOLDING** | | | **1,214.30** | **0.66%** |
| Coverage: Dwelling | @ | 100.00% = | 1,214.30 | |
| **SIDING** | | | **6,943.59** | **3.76%** |
| Coverage: Dwelling | @ | 100.00% = | 6,943.59 | |
| **SOFFIT, FASCIA, & GUTTER** | | | **5,598.18** | **3.03%** |
| Coverage: Dwelling | @ | 100.00% = | 5,598.18 | |
| **STUCCO & EXTERIOR PLASTER** | | | **305.27** | **0.17%** |
| Coverage: Dwelling | @ | 100.00% = | 305.27 | |

**Interstate Public Adjusters**

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **TEMPORARY REPAIRS** | | | **10,683.00** | **5.78%** |
| Coverage: Dwelling | @ | 100.00% = | 10,683.00 | |
| **O&P Items Subtotal** | | | **149,657.29** | **81.00%** |
| **Material Sales Tax** | | | **4,201.79** | **2.27%** |
| Coverage: Dwelling | @ | 100.00% = | 4,201.79 | |
| **Storage Rental Tax** | | | **34.67** | **0.02%** |
| Coverage: Dwelling | @ | 100.00% = | 34.67 | |
| **Overhead** | | | **15,389.36** | **8.33%** |
| Coverage: Dwelling | @ | 97.36% = | 14,982.68 | |
| Coverage: Contents | @ | 2.64% = | 406.68 | |
| **Profit** | | | **15,389.36** | **8.33%** |
| Coverage: Dwelling | @ | 97.36% = | 14,982.68 | |
| Coverage: Contents | @ | 2.64% = | 406.68 | |
| **Laundering Tax** | | | **97.61** | **0.05%** |
| Coverage: Contents | @ | 100.00% = | 97.61 | |
| **Total** | | | **184,770.08** | **100.00%** |